# EXHIBIT C

Case 1:22-cv-03125-LDH-MMH   Document 8-3   Filed 07/25/22   Page 1 of 2 PageID #: 64

## Financial Interest Analysis

**Company Name:** Spero Therapeutics, Inc.
**Ticker:** SPRO
**Class Period:** May 6, 2021 to May 2, 2022
**Name:** Nabil Saad

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/25/2022 | 1,700 | $8.3699 | -$14,228.8300 | | $0.0000 | -$14,228.83 |
| 3/25/2022 | 3,000 | $8.3399 | -$25,019.7000 | | $0.0000 | -$25,019.70 |
| 4/7/2022 | 1,400 | $7.3100 | -$10,234.0000 | | $0.0000 | -$10,234.00 |
| 4/7/2022 | 3,200 | $7.6600 | -$24,512.0000 | | $0.0000 | -$24,512.00 |
| 4/7/2022 | 3,500 | $7.1000 | -$24,850.0000 | | $0.0000 | -$24,850.00 |
| 4/7/2022 | 3,500 | $7.1000 | -$24,850.0000 | | $0.0000 | -$24,850.00 |
| 5/9/2022 | -16,300 | | $0.0000 | $1.9400 | $31,622.0000 | $31,622.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$92,072.53** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $1.1486 | 0 | **Total:** | **-$92,072.53** |

<u>Notes</u>

The 90-Day Average Price used in this loss chart is the average closing price between May 3, 2022 and July 21, 2022.   Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.