UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD S. GERMOND, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>SPERO THERAPEUTICS, INC., ANKIT MAHADEVIA, and SATYAVRAT SHUKLA,<br><br>                    Defendants. | Case No.  1:22-cv-03125-LDH-RLM<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF KASHIF MEMON FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| KASHIF MEMON, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>SPERO THERAPEUTICS, INC., ANKIT MAHADEVIA, and SATYAVRAT SHUKLA,<br><br>                    Defendants. | Case No.  1:22-cv-04154-LDH-RML |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Kashif Memon ("Memon"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Memon's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of Memon's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart reflecting the financial interest of Memon in this litigation;

Exhibit B:    Press release announcing the pendency of the first-filed of the Related Actions;

Exhibit C:    Shareholder Certification executed by Memon;

Exhibit D:    Declaration executed by Memon; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 25, 2022 at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1