# EXHIBIT A

**Spero Therapeutics, Inc. (SPRO)**
**Class Period: May 6, 2021 to May 2, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 81-Days* Mean Price $1.1485 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kashif Memon | 6/18/2021 | 300 | $14.8417 | ($4,453) | 6/30/2021 | (100) | $16.5100 | $1,651 | | | |
| Kashif Memon | 6/21/2021 | 380 | $14.2372 | ($5,410) | 6/30/2021 | (100) | $16.6600 | $1,666 | | | |
| Kashif Memon | 6/22/2021 | 100 | $13.8500 | ($1,385) | 6/30/2021 | (196) | $16.6500 | $3,263 | | | |
| Kashif Memon | 6/29/2021 | 1,000 | $14.0000 | ($14,000) | 6/30/2021 | (49) | $16.6900 | $818 | | | |
| Kashif Memon | 6/30/2021 | 10 | $19.4000 | ($194) | 6/30/2021 | (50) | $16.6200 | $831 | | | |
| Kashif Memon | 6/30/2021 | 402 | $19.4400 | ($7,815) | 6/30/2021 | (50) | $16.6300 | $832 | | | |
| Kashif Memon | 6/30/2021 | 468 | $16.5000 | ($7,722) | 6/30/2021 | (9,555) | $16.4500 | $157,180 | | | |
| Kashif Memon | 6/30/2021 | 480 | $17.4500 | ($8,376) | 9/2/2021 | (2,000) | $18.5900 | $37,180 | | | |
| Kashif Memon | 6/30/2021 | 520 | $17.2000 | ($8,944) | 9/2/2021 | (269) | $18.8200 | $5,063 | | | |
| Kashif Memon | 6/30/2021 | 588 | $19.1000 | ($11,231) | 9/2/2021 | (68) | $18.5901 | $1,264 | | | |
| Kashif Memon | 7/1/2021 | 100 | $15.7700 | ($1,577) | 9/2/2021 | (731) | $18.5400 | $13,553 | | | |
| Kashif Memon | 7/1/2021 | 100 | $15.9446 | ($1,594) | 9/9/2021 | (100) | $18.5820 | $1,858 | | | |
| Kashif Memon | 7/1/2021 | 100 | $15.9899 | ($1,599) | 9/9/2021 | (100) | $18.5840 | $1,858 | | | |
| Kashif Memon | 7/1/2021 | 100 | $16.7700 | ($1,677) | 9/9/2021 | (100) | $18.5860 | $1,859 | | | |
| Kashif Memon | 7/1/2021 | 1,000 | $17.0000 | ($17,000) | 9/9/2021 | (100) | $18.6300 | $1,863 | | | |
| Kashif Memon | 7/1/2021 | 1,000 | $17.5000 | ($17,500) | 9/9/2021 | (105) | $18.6000 | $1,953 | | | |
| Kashif Memon | 7/1/2021 | 1,000 | $17.5500 | ($17,550) | 9/9/2021 | (1,265) | $18.5701 | $23,491 | | | |
| Kashif Memon | 7/1/2021 | 200 | $15.6800 | ($3,136) | 9/9/2021 | (300) | $18.5900 | $5,577 | | | |
| Kashif Memon | 7/1/2021 | 200 | $15.8500 | ($3,170) | 9/9/2021 | (300) | $18.6200 | $5,586 | | | |
| Kashif Memon | 7/1/2021 | 200 | $15.9600 | ($3,192) | 9/9/2021 | (454) | $18.6100 | $8,449 | | | |
| Kashif Memon | 7/1/2021 | 300 | $15.6000 | ($4,680) | 9/9/2021 | (4,676) | $18.5700 | $86,833 | | | |
| Kashif Memon | 7/1/2021 | 300 | $15.9399 | ($4,782) | 9/9/2021 | (500) | $18.5800 | $9,290 | | | |
| Kashif Memon | 7/1/2021 | 50 | $16.7300 | ($837) | 9/9/2021 | (53) | $18.9900 | $1,006 | | | |
| Kashif Memon | 7/1/2021 | 50 | $16.7600 | ($838) | 9/23/2021 | (11) | $19.4900 | $214 | | | |
| Kashif Memon | 7/1/2021 | 70 | $16.8100 | ($1,177) | 9/24/2021 | (2,309) | $19.5100 | $45,049 | | | |
| Kashif Memon | 7/1/2021 | 730 | $16.8500 | ($12,301) | 9/27/2021 | (100) | $19.2525 | $1,925 | | | |
| Kashif Memon | 7/2/2021 | 100 | $15.8276 | ($1,583) | 9/27/2021 | (1,000) | $19.2709 | $19,271 | | | |
| Kashif Memon | 7/2/2021 | 300 | $15.8500 | ($4,755) | 9/27/2021 | (1,000) | $19.2801 | $19,280 | | | |
| Kashif Memon | 7/2/2021 | 300 | $15.9000 | ($4,770) | 9/27/2021 | (1,000) | $19.3601 | $19,360 | | | |
| Kashif Memon | 7/2/2021 | 400 | $15.7900 | ($6,316) | 9/27/2021 | (1,000) | $19.4265 | $19,427 | | | |
| Kashif Memon | 7/6/2021 | 200 | $15.2000 | ($3,040) | 9/27/2021 | (30) | $19.2800 | $578 | | | |

*Avg Closing Prices from May 3, 2022 to July 22, 2022

**Spero Therapeutics, Inc. (SPRO)**
**Class Period: May 6, 2021 to May 2, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | | | | | | | | | 81-Days* Mean Price $1.1485 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
| Kashif Memon | 7/6/2021 | 300 | $15.3000 | ($4,590) | 9/27/2021 | (400) | $19.2700 | $7,708 | | | |
| Kashif Memon | 7/6/2021 | 500 | $15.2000 | ($7,600) | 9/27/2021 | (480) | $19.2600 | $9,245 | | | |
| Kashif Memon | 7/7/2021 | 100 | $14.9100 | ($1,491) | 9/27/2021 | (66) | $19.3000 | $1,274 | | | |
| Kashif Memon | 7/7/2021 | 400 | $15.0100 | ($6,004) | 9/27/2021 | (924) | $19.2500 | $17,787 | | | |
| Kashif Memon | 7/12/2021 | 200 | $14.9500 | ($2,990) | 9/28/2021 | (1,000) | $19.5100 | $19,510 | | | |
| Kashif Memon | 7/13/2021 | 100 | $14.2200 | ($1,422) | 9/28/2021 | (1,000) | $19.5900 | $19,590 | | | |
| Kashif Memon | 7/13/2021 | 200 | $14.3599 | ($2,872) | 9/28/2021 | (1,000) | $19.6600 | $19,660 | | | |
| Kashif Memon | 7/15/2021 | 200 | $14.1200 | ($2,824) | 9/28/2021 | (2,000) | $19.4700 | $38,940 | | | |
| Kashif Memon | 7/30/2021 | 100 | $13.3300 | ($1,333) | 10/5/2021 | (500) | $18.7800 | $9,390 | | | |
| Kashif Memon | 8/16/2021 | 100 | $13.1092 | ($1,311) | | | | | | | |
| Kashif Memon | 8/19/2021 | 200 | $13.3000 | ($2,660) | | | | | | | |
| Kashif Memon | 9/1/2021 | 200 | $17.3800 | ($3,476) | | | | | | | |
| Kashif Memon | 9/1/2021 | 200 | $17.6199 | ($3,524) | | | | | | | |
| Kashif Memon | 9/3/2021 | 100 | $17.6799 | ($1,768) | | | | | | | |
| Kashif Memon | 9/3/2021 | 100 | $17.6800 | ($1,768) | | | | | | | |
| Kashif Memon | 9/3/2021 | 100 | $17.6900 | ($1,769) | | | | | | | |
| Kashif Memon | 9/3/2021 | 100 | $17.7999 | ($1,780) | | | | | | | |
| Kashif Memon | 9/3/2021 | 100 | $17.8000 | ($1,780) | | | | | | | |
| Kashif Memon | 9/3/2021 | 100 | $18.1100 | ($1,811) | | | | | | | |
| Kashif Memon | 9/3/2021 | 200 | $17.8627 | ($3,573) | | | | | | | |
| Kashif Memon | 9/3/2021 | 300 | $17.6800 | ($5,304) | | | | | | | |
| Kashif Memon | 9/9/2021 | 2,000 | $18.6000 | ($37,200) | | | | | | | |
| Kashif Memon | 9/9/2021 | 440 | $18.6477 | ($8,205) | | | | | | | |
| Kashif Memon | 9/9/2021 | 494 | $18.6500 | ($9,213) | | | | | | | |
| Kashif Memon | 9/9/2021 | 66 | $18.6050 | ($1,228) | | | | | | | |
| Kashif Memon | 9/13/2021 | 1,000 | $18.5676 | ($18,568) | | | | | | | |
| Kashif Memon | 9/13/2021 | 500 | $18.6299 | ($9,315) | | | | | | | |
| Kashif Memon | 9/15/2021 | 1,000 | $18.5400 | ($18,540) | | | | | | | |
| Kashif Memon | 9/15/2021 | 1,000 | $18.5468 | ($18,547) | | | | | | | |
| Kashif Memon | 9/16/2021 | 1,000 | $18.7000 | ($18,700) | | | | | | | |
| Kashif Memon | 9/20/2021 | 1,000 | $18.5500 | ($18,550) | | | | | | | |
| Kashif Memon | 9/20/2021 | 500 | $18.2000 | ($9,100) | | | | | | | |

*Avg Closing Prices from May 3, 2022 to July 22, 2022

**Spero Therapeutics, Inc. (SPRO)**
**Class Period: May 6, 2021 to May 2, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 81-Days* Mean Price $1.1485 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kashif Memon | 9/24/2021 | 100 | $18.6600 | ($1,866) | | | | | | | |
| Kashif Memon | 9/24/2021 | 100 | $18.6809 | ($1,868) | | | | | | | |
| Kashif Memon | 9/24/2021 | 100 | $18.6809 | ($1,868) | | | | | | | |
| Kashif Memon | 9/24/2021 | 100 | $18.6883 | ($1,869) | | | | | | | |
| Kashif Memon | 9/24/2021 | 100 | $18.6900 | ($1,869) | | | | | | | |
| Kashif Memon | 9/24/2021 | 100 | $18.6900 | ($1,869) | | | | | | | |
| Kashif Memon | 9/24/2021 | 100 | $18.8800 | ($1,888) | | | | | | | |
| Kashif Memon | 9/24/2021 | 100 | $18.9214 | ($1,892) | | | | | | | |
| Kashif Memon | 9/24/2021 | 100 | $18.9214 | ($1,892) | | | | | | | |
| Kashif Memon | 9/24/2021 | 2,000 | $19.2500 | ($38,500) | | | | | | | |
| Kashif Memon | 9/24/2021 | 500 | $18.8700 | ($9,435) | | | | | | | |
| Kashif Memon | 9/24/2021 | 500 | $18.9299 | ($9,465) | | | | | | | |
| Kashif Memon | 9/27/2021 | 1,000 | $19.3550 | ($19,355) | | | | | | | |
| Kashif Memon | 9/28/2021 | 100 | $19.0100 | ($1,901) | | | | | | | |
| Kashif Memon | 9/28/2021 | 2,000 | $19.2200 | ($38,440) | | | | | | | |
| Kashif Memon | 9/28/2021 | 801 | $19.0100 | ($15,227) | | | | | | | |
| Kashif Memon | 9/29/2021 | 100 | $18.0000 | ($1,800) | | | | | | | |
| Kashif Memon | 9/29/2021 | 100 | $18.0500 | ($1,805) | | | | | | | |
| Kashif Memon | 9/29/2021 | 100 | $18.1000 | ($1,810) | | | | | | | |
| Kashif Memon | 9/29/2021 | 100 | $18.1500 | ($1,815) | | | | | | | |
| Kashif Memon | 9/29/2021 | 100 | $18.1800 | ($1,818) | | | | | | | |
| Kashif Memon | 9/29/2021 | 100 | $18.2600 | ($1,826) | | | | | | | |
| Kashif Memon | 9/29/2021 | 100 | $18.2999 | ($1,830) | | | | | | | |
| Kashif Memon | 9/29/2021 | 100 | $18.4599 | ($1,846) | | | | | | | |
| Kashif Memon | 9/29/2021 | 1,000 | $18.6100 | ($18,610) | | | | | | | |
| Kashif Memon | 9/29/2021 | 1,000 | $18.7700 | ($18,770) | | | | | | | |
| Kashif Memon | 9/29/2021 | 1,000 | $18.7724 | ($18,772) | | | | | | | |
| Kashif Memon | 9/29/2021 | 272 | $18.2800 | ($4,972) | | | | | | | |
| Kashif Memon | 9/29/2021 | 300 | $18.3000 | ($5,490) | | | | | | | |
| Kashif Memon | 9/29/2021 | 300 | $18.4799 | ($5,544) | | | | | | | |
| Kashif Memon | 9/29/2021 | 400 | $18.4616 | ($7,385) | | | | | | | |
| Kashif Memon | 9/29/2021 | 50 | $17.9500 | ($898) | | | | | | | |

*Avg Closing Prices from May 3, 2022 to July 22, 2022

**Spero Therapeutics, Inc. (SPRO)**
**Class Period: May 6, 2021 to May 2, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 81-Days* Mean Price $1.1485 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kashif Memon | 10/1/2021 | 100 | $17.1599 | ($1,716) | | | | | | | |
| Kashif Memon | 10/1/2021 | 100 | $17.1645 | ($1,716) | | | | | | | |
| Kashif Memon | 10/1/2021 | 1,000 | $16.9099 | ($16,910) | | | | | | | |
| Kashif Memon | 10/6/2021 | 1 | $17.2000 | ($17) | | | | | | | |
| Kashif Memon | 10/6/2021 | 100 | $17.3200 | ($1,732) | | | | | | | |
| Kashif Memon | 10/6/2021 | 100 | $17.3800 | ($1,738) | | | | | | | |
| Kashif Memon | 10/6/2021 | 100 | $17.4050 | ($1,741) | | | | | | | |
| Kashif Memon | 10/6/2021 | 100 | $17.4299 | ($1,743) | | | | | | | |
| Kashif Memon | 10/6/2021 | 100 | $17.5100 | ($1,751) | | | | | | | |
| Kashif Memon | 10/6/2021 | 100 | $17.5700 | ($1,757) | | | | | | | |
| Kashif Memon | 10/6/2021 | 1,000 | $17.6185 | ($17,619) | | | | | | | |
| Kashif Memon | 10/6/2021 | 200 | $17.1999 | ($3,440) | | | | | | | |
| Kashif Memon | 10/7/2021 | 200 | $16.8100 | ($3,362) | | | | | | | |
| Kashif Memon | 10/7/2021 | 200 | $16.8100 | ($3,362) | | | | | | | |
| Kashif Memon | 10/21/2021 | 100 | $16.8200 | ($1,682) | | | | | | | |
| Kashif Memon | 10/21/2021 | 500 | $16.9200 | ($8,460) | | | | | | | |
| Kashif Memon | 10/22/2021 | 100 | $16.4100 | ($1,641) | | | | | | | |
| Kashif Memon | 11/9/2021 | 100 | $16.5299 | ($1,653) | | | | | | | |
| Kashif Memon | 11/9/2021 | 250 | $16.5099 | ($4,127) | | | | | | | |
| Kashif Memon | 11/10/2021 | 100 | $16.7000 | ($1,670) | | | | | | | |
| Kashif Memon | 11/10/2021 | 100 | $16.7911 | ($1,679) | | | | | | | |
| Kashif Memon | 11/17/2021 | 100 | $16.0000 | ($1,600) | | | | | | | |
| Kashif Memon | 11/17/2021 | 100 | $16.2200 | ($1,622) | | | | | | | |
| Kashif Memon | 11/17/2021 | 400 | $16.2000 | ($6,480) | | | | | | | |
| Kashif Memon | 11/23/2021 | 100 | $15.3699 | ($1,537) | | | | | | | |
| Kashif Memon | 11/23/2021 | 100 | $15.3699 | ($1,537) | | | | | | | |
| Kashif Memon | 11/23/2021 | 100 | $15.3699 | ($1,537) | | | | | | | |
| Kashif Memon | 11/23/2021 | 500 | $15.3585 | ($7,679) | | | | | | | |
| Kashif Memon | 11/29/2021 | 100 | $15.1500 | ($1,515) | | | | | | | |
| Kashif Memon | 11/30/2021 | 100 | $14.2000 | ($1,420) | | | | | | | |
| Kashif Memon | 12/3/2021 | 100 | $13.5099 | ($1,351) | | | | | | | |
| Kashif Memon | 2/2/2022 | 100 | $11.2900 | ($1,129) | | | | | | | |

*Avg Closing Prices from May 3, 2022 to July 22, 2022

**Spero Therapeutics, Inc. (SPRO)**
**Class Period: May 6, 2021 to May 2, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 81-Days* Mean Price $1.1485 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kashif Memon | 2/3/2022 | 100 | $10.7073 | ($1,071) | | | | | | | |
| Kashif Memon | 2/3/2022 | 300 | $10.6690 | ($3,201) | | | | | | | |
| Kashif Memon | 2/4/2022 | 200 | $10.9900 | ($2,198) | | | | | | | |
| Kashif Memon | 2/15/2022 | 200 | $9.7999 | ($1,960) | | | | | | | |
| Kashif Memon | 2/15/2022 | 500 | $9.7883 | ($4,894) | | | | | | | |
| Kashif Memon | 2/16/2022 | 99 | $9.7200 | ($962) | | | | | | | |
| Kashif Memon | 2/17/2022 | 200 | $9.4900 | ($1,898) | | | | | | | |
| Kashif Memon | 2/23/2022 | 125 | $8.7000 | ($1,088) | | | | | | | |
| Kashif Memon | 3/3/2022 | 100 | $8.9499 | ($895) | | | | | | | |
| Kashif Memon | 3/10/2022 | 100 | $8.5599 | ($856) | | | | | | | |
| Kashif Memon | 3/10/2022 | 300 | $8.5599 | ($2,568) | | | | | | | |
| Kashif Memon | 3/14/2022 | 100 | $7.8689 | ($787) | | | | | | | |
| Kashif Memon | 3/14/2022 | 100 | $7.8799 | ($788) | | | | | | | |
| Kashif Memon | 3/16/2022 | 100 | $7.7599 | ($776) | | | | | | | |
| Kashif Memon | 3/31/2022 | 1,000 | $7.0000 | ($7,000) | | | | | | | |
| Kashif Memon | 3/31/2022 | 500 | $6.7400 | ($3,370) | | | | | | | |
| Kashif Memon | 4/1/2022 | 100 | $6.6098 | ($661) | | | | | | | |
| Kashif Memon | 4/1/2022 | 1,000 | $6.6099 | ($6,610) | | | | | | | |
| Kashif Memon | 4/1/2022 | 1,000 | $6.6699 | ($6,670) | | | | | | | |
| Kashif Memon | 4/12/2022 | 1,000 | $6.7900 | ($6,790) | | | | | | | |
| Kashif Memon | 4/14/2022 | 1,000 | $6.3145 | ($6,315) | | | | | | | |
| **Kashif Memon** | | **51,446** | | **($823,892)** | | **(35,041)** | | **$641,132** | **16,405** | **$18,841** | **($163,918)** |

*Avg Closing Prices from May 3, 2022 to July 22, 2022