# EXHIBIT B

Case 1:22-cv-03125-LDH-MMH     Document 9-5     Filed 07/25/22     Page 1 of 5 PageID #: 127

7/21/22, 1:57 PM

Pomerantz Law Firm Announces the Filing of a Class Action...

 GlobeNewswire
by notified

ESG NEWS    COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN
REGISTER    🔍

# Pomerantz Law Firm Announces the Filing of a Class Action Against Spero Therapeutics, Inc. and Certain Officers – SPRO

May 26, 2022 16:21 ET | Source: [Pomerantz LLP](#)







NEW YORK, May 26, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Spero Therapeutics, Inc. ("Spero" or the "Company") (NASDAQ: SPRO) and certain of its officers. The class action, filed in the United States District Court for the Eastern District of New York, and docketed under 22-cv-03125, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Spero securities between October 28, 2021 and May 2, 2022, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Spero securities during the Class Period, you have until July 25, 2022 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at [www.pomerantzlaw.com](http://www.pomerantzlaw.com). To discuss this action, contact Robert S. Willoughby at [newaction@pomlaw.com](mailto:newaction@pomlaw.com) or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Spero, a clinical-stage biopharmaceutical company, focuses on identifying, developing, and commercializing treatments for multi-drug resistant bacterial infections and rare diseases in the United States. The Company's product candidates include Tebipenem Pivoxil Hydrobromide (HBr), an oral carbapenem-class antibiotic to treat complicated urinary tract infections, including pyelonephritis for adults.

7/21/22, 1:57 PM

Pomerantz Law Firm Announces the Filing of a Class Action...

Case 1:22-cv-03125-LDH-MMH    Document 9-5    Filed 07/25/22    Page 3 of 5 PageID #: 129



including Pyelonephritis (the "Tebipenem HBr NDA").

The complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) the data submitted in support of the Tebipenem HBr NDA were insufficient to obtain FDA approval; (ii) accordingly, it was unlikely that the FDA would approve the Tebipenem HBr NDA in its current form; (iii) the foregoing would necessitate a significant workforce reduction and restructuring of Spero's operations; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On March 31, 2022, Spero issued a press release announcing the Company's fourth quarter and full year 2021 financial results. In the press release, Spero disclosed that "[t]he U.S. Food and Drug Administration (FDA) has notified Spero that, as part of its ongoing review of Spero's New Drug Application (NDA) for tebipenem HBr, it has identified deficiencies that preclude discussion of labeling and post-marketing requirements/commitments at this time."

On this news, Spero's stock price fell $1.59 per share, or 18.27%, to close at $7.11 per share on April 1, 2022.

Then on May 3, 2022, Spero issued a press release announcing "that it will immediately defer current commercialization activities for tebipenem HBr based on feedback from a recent Late Cycle Meeting with the U.S. Food and Drug Administration (FDA) regarding Spero's New Drug Application (NDA) for tebipenem HBr[,]" and that, "[a]lthough the review is still ongoing and the FDA has not yet made any final determination regarding approvability, the discussion suggested that the data package may be insufficient to support approval during this review cycle." Specifically, the FDA advised the Company, in relevant part, that the FDA's separate analysis of the relevant study population had "reduce[d] the number of evaluable patients in the primary analysis population compared with those resulting from the trial's pre-specified micro-ITT population as outlined in the statistical analysis plan and [a]s a result, the FDA considers that the pre-specified non-inferiority margin of -12.5% was not met." Further, the press release advised that, "[i]n



On this news, Spero's stock price fell $3.24 per share, or 63.65%, to close at $1.85 per share on May 3, 2022.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

**Tags**

Class Action

# Recommended Reading

July 18, 2022 18:03 ET

Source: Pomerantz LLP

**Pomerantz Law Firm Announces the Filing of a Class Action Against Spero Therapeutics, Inc. and Certain Officers – SPRO**

NEW YORK, July 18, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Spero Therapeutics, Inc. ("Spero" or the "Company") (NASDAQ: SPRO) and certain...

July 18, 2022 17:03 ET

Source: Pomerantz LLP

**Pomerantz Law Firm Announces the Filing of a Class Action Against TG Therapeutics, Inc. and Certain Officers – TGTX**

NEW YORK, July 18, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against TG Therapeutics, Inc. ("TG Therapeutics" or the "Company") (NASDAQ: TGTX) and...

Case 1:22-cv-03125-LDH-MMH    Document 9-5    Filed 07/25/22    Page 5 of 5 PageID #: 131

Pomerantz Law Firm Announces the Filing of a Class Action...



ESG NEWS    COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN

REGISTER





## Beacon Technologies Raises Capital to Fuel Growth

July 21, 2022 13:42 ET

## Southern Maryland National Heritage Area Act Passe...

July 21, 2022 13:30 ET



## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

## Newswire Distribution Network & Management

· Home
· Newsroom

· RSS Feeds
· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2022 GlobeNewswire, Inc. All Rights Reserved.