**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD S. GERMOND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPERO THERAPEUTICS, INC., ANKIT MAHADEVIA, and SATYAVRAT SHUKLA,<br><br>Defendants. | Case No. 1:22-CV-03125-LDH-RLM |
| KASHIF MEMON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPERO THERAPEUTICS, INC., ANKIT MAHADEVIA, and SATYAVRAT SHUKLA,<br><br>Defendants. | Case No. 1:22-cv-04154-LDH-RML |

**STIPULATION AND ORDER CONSOLIDATING RELATED ACTIONS AND EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINTS**

WHEREAS, on May 26, 2022, Plaintiff Richard S. Germond ("Germond") filed a Class Action Complaint in this Court in the action styled *Germond v. Spero Therapeutics, Inc. et al*, No. 1:22-cv-03125 (the "*Germond* Action") against Defendants Spero Therapeutics, Inc. ("Spero" or the "Company"), Ankit Mahadevia, and Satyavrat Shukla ("Defendants");

WHEREAS, on July 15, 2022, Plaintiff Kashif Memon ("Memon" and together with Germond and Defendants, the "Parties") filed a Class Action Complaint in this Court in the action styled *Memon v. Spero Therapeutics, Inc. et al*, No. 1:22-cv-04154 (the "*Memon* Action" and, together with the *Germond* Action, the "Related Actions");

WHEREAS, the parties have met and conferred and agree that because consolidation of the Related Actions will promote judicial economy and preserve both public and private resources, the Related Actions should be consolidated pursuant to Federal Rule of Civil Procedure 42;

WHEREAS, the Related Actions are subject to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 (the "PSLRA"), which provides, among other things, that (i) not later than 20 days after the date on which the first complaint in a private putative securities class action is filed, the plaintiff shall publish a notice advising members of the purported plaintiff class, (ii) not later than 60 days after the date on which the notice is published, any member of the purported class may move the Court to serve as lead plaintiff of the purported class, and (iii) not later than 90 days after the date on which the notice is published, the Court shall appoint the "most adequate plaintiff" as lead plaintiff for the putative class ("Lead Plaintiff");

WHEREAS, the deadline for lead plaintiff motions is July 25, 2022;

WHEREAS, the Parties anticipate that, following the statutory lead plaintiff process, the Court-appointed Lead Plaintiff and approved Lead Counsel will file an amended complaint;

WHEREAS, the Parties agree that Defendants should not be required to respond to any complaints in the Related Actions until after Lead Plaintiff and Lead Counsel are appointed and the anticipated amended complaint is filed or the designation of the operative complaint by such Court-appointed Lead Plaintiff and approved Lead Counsel; and

WHEREAS, the Parties have met and conferred and, for the convenience of the Parties and the Court, hereby enter into the following stipulation regarding the schedule in this matter;

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the Parties, subject to the approval of the Court, that:

1.   Pursuant to Federal Rule of Civil Procedure 42, the Related Actions are hereby consolidated for all purposes into one action.

2.   The Related Actions shall be referred to herein as the "Consolidated Action."  This Order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court that relates to the same subject matter as in the Consolidated Action.

3.   Every pleading in this Consolidated Action shall bear the following Caption:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SPERO THERAPEUTICS, INC. SECURITIES LITIGATION | No.  1:22-CV-03125-LDH-RLM |
| THIS DOCUMENT RELATES TO: | <u>CLASS ACTION</u><br><br>[TITLE OF DOCUMENT] |

4.   When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When the document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This

Document Relates To:", the docket number for each individual action to which the document applies, along with the name of the first-listed plaintiff in said action.

5.    A Master Docket and Master File shall be established for the Consolidated Action. The Master File shall be No. 1:22-CV-03125-LDH-RLM.  All orders, pleadings, motions, and other documents shall, when filed and docketed in the Master File, be deemed filed and docketed in each individual case to the extent applicable.  When an order, pleading, motion, or document is filed with a caption indicating that it is applicable to fewer than all individual actions in the Consolidated Action, the clerk shall file such pleadings in the Master File and note such filing in the Master Docket and in the docket of each action referenced.

6.    Each Defendant hereby accepts service of the Complaint, provided, however, that the acceptance of service and entry into this Stipulation shall not waive, and Defendants expressly preserve, any rights, claims or defenses other than a defense as to the sufficiency of service of the summons and Complaint.

7.    The time for any Defendant to answer, move or otherwise respond to the Complaint shall be extended until a date to be agreed to by Lead Plaintiff and Defendants, and ordered by the Court, following the appointment of Lead Plaintiff pursuant to the PSLRA.

8.    Within 14 days after the Court enters an order appointing Lead Plaintiff and Lead Plaintiff's counsel ("Lead Counsel"), counsel for Defendants and Lead Counsel shall confer and jointly submit to the Court a proposed schedule for: (1) the filing of an amended complaint or the designation of an operative complaint, and (2) for the filing and briefing of any motion(s) to dismiss by any Defendant(s).

Dated:  July 22, 2022

**POMERANTZ LLP**

/s/ Jeremy A. Lieberman

Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com

*Counsel for Plaintiffs Richard S. Germond and Kashif Memon*

THE SCHALL FIRM
Brian Schall
(*pro hac vice* application forthcoming)
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
brian@schallfirm.com

*Counsel for Plaintiff Kashif Memon*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**

/s/ John F. Sylvia

John F. Sylvia
Chrysler Center
666 Third Avenue
New York, NY 10017
Telephone: (212) 935-3000
Facsimile: (212) 983-3115
jfsylvia@mintz.com

*Counsel for Defendants Spero Therapeutics, Inc., Ankit Mahadevia, and Satyavrat Shukla*

SO ORDERED.

**s/ LDH**            **8/3/2022**

Judge LaShann DeArcy Hall
United States District Judge