**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SPERO THERAPEUTICS, INC. SECURITIES LITIGATION | Case No. 1:22-cv-03125-LDH-RLM |
| THIS DOCUMENT RELATES TO: All Actions | <u>CLASS ACTION</u><br><br>**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF NABIL SAAD'S OPPOSITION TO THE MOTION OF KASHIF MEMON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

I, Gregory B. Linkh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Nabil Saad ("Saad") and proposed Lead Counsel for the class in the above-captioned actions. I make this declaration in support of Nabil Saad's Opposition to the Motion of Kashif Memon for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is an analysis created by Saad's counsel setting forth Kashif Memon's certified transactions that fall outside the daily market price ranges on the days they were purportedly executed, alongside the minimum and maximum prices on the relevant days.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 8th day of August 2022.

/s/ Gregory B. Linkh
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On August 8, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 8, 2022, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh