# EXHIBIT A

**Kashif Memon's Out-of-Range Transactions
in Spero Therapeutics, Inc. (SPRO)**

| Reported Date | Reported Quantity | Reported Price | Daily Range High | Daily Range Low |
|---|---|---|---|---|
| 6/30/2021 | 588 | $19.1000 | 14.1840 | 13.5900 |
| 6/30/2021 | 520 | $17.2000 | 14.1840 | 13.5900 |
| 6/30/2021 | 480 | $17.4500 | 14.1840 | 13.5900 |
| 6/30/2021 | 468 | $16.5000 | 14.1840 | 13.5900 |
| 6/30/2021 | 402 | $19.4400 | 14.1840 | 13.5900 |
| 6/30/2021 | 10 | $19.4000 | 14.1840 | 13.5900 |
| 6/30/2021 | -49 | $16.6900 | 14.1840 | 13.5900 |
| 6/30/2021 | -50 | $16.6200 | 14.1840 | 13.5900 |
| 6/30/2021 | -50 | $16.6300 | 14.1840 | 13.5900 |
| 6/30/2021 | -100 | $16.5100 | 14.1840 | 13.5900 |
| 6/30/2021 | -100 | $16.6600 | 14.1840 | 13.5900 |
| 6/30/2021 | -196 | $16.6500 | 14.1840 | 13.5900 |
| 6/30/2021 | -9,555 | $16.4500 | 14.1840 | 13.5900 |
| 7/1/2021 | 1,000 | $17.5000 | 17.1400 | 15.5000 |
| 7/1/2021 | 1,000 | $17.5500 | 17.1400 | 15.5000 |
| 9/24/2021 | -2,309 | $19.5100 | 19.4900 | 18.5710 |
| 2/4/2022 | 200 | $10.9900 | 10.8300 | 10.4500 |
| 3/31/2022 | 1,000 | $7.0000 | 8.7900 | 8.2520 |
| 3/31/2022 | 500 | $6.7400 | 8.7900 | 8.2520 |

*Pricing from Yahoo! Finance: https://finance.yahoo.com/quote/SPRO/history?p=SPRO*