UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SPERO THERAPEUTICS, INC. SECURITIES LITIGATION | Case No.  1:22-cv-03125-LDH-RLM |
| | DECLARATION OF JEREMY A. LIEBERMAN IN FURTHER SUPPORT OF MOTION OF KASHIF MEMON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |
| THIS DOCUMENT RELATES TO: All Actions | |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Kashif Memon ("Memon"), and have personal knowledge of the facts set forth herein. I make this Declaration in further support of Memon's motion for appointment as Lead Plaintiff for the Class and approval of Memon's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as exhibit A is an Amended Shareholder Certification executed by Memon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 15, 2022.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1