UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SPERO THERAPEUTICS, INC. SECURITIES LITIGATION | Case No.  1:22-cv-03125-LDH-RLM |
| THIS DOCUMENT RELATES TO: All Actions | CLASS ACTION<br><br>DECLARATION IN SUPPORT OF MOTION TO DISMISS |

## DECLARATION OF JOHN F. SYLVIA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

I, John F. Sylvia, hereby declare as follows:

1.      I am an attorney duly authorized to practice law in the state of New York.  I am a member at the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. and counsel for Defendants in this action.

2.      I make this declaration in support of Defendants' Motion To Dismiss The First Amended Complaint filed in the above-captioned action and for the purpose of transmitting to the Court true and correct copies of the following documents:

3.      Attached hereto as **Exhibit A** is a true and correct copy of a Study Protocol of a clinical trial by Spero Therapeutics, Inc.

4.      Attached hereto as **Exhibit B** is a true and correct copy of a Statistical Analysis Plan of a clinical trial conducted by Spero Therapeutics, Inc.

5.      Attached hereto as **Exhibit C** is a true and correct copy of a transcript of a pre-motion conference on February 22, 2023 before this honorable Court.

6.      Attached hereto as **Exhibit D** is a true and correct copy of a Form 8-K SEC Filing issued by Spero Therapeutics, Inc. on March 31, 2022.

7.      Attached hereto as **Exhibit E** is a true and correct copy of a press release issued by Spero Therapeutics, Inc. on March 31, 2022.

8.      Attached hereto as **Exhibit F** is a true and correct copy of section 6010.8 of the Food and Drug Administration's Center for Drug Evaluation and Research Manual of Policies and Procedures.

9.      Attached hereto as **Exhibit G** is a true and correct copy of an article published by the New England Journal of Medicine in April 2022.

10.     Attached hereto as **Exhibit H** is a true and correct copy of a Form 4 SEC filing issued by Spero Therapeutics, Inc. dated December 29, 2021.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 31, 2023 in Boston, Massachusetts.

John F. Sylvia, Esq.
**MINTZ, LEVIN, COHN, FERRIS**
**GLOVSKY, AND POPEO, P.C.**
919 Third Avenue
New York, NY 10022
Tel:  (617) 542-6000
Fax:  (617) 542-2241
Email: JFSylvia@mintz.com