UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SPERO THERAPEUTICS, INC. SECURITIES LITIGATION | Case No.  1:22-cv-03125-LDH-RLM |
| THIS DOCUMENT RELATES TO: All Actions | CLASS ACTION DECLARATION IN SUPPORT OF REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS |

**DECLARATION OF JOHN F. SYLVIA IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

I, John F. Sylvia, hereby declare as follows:

1. I am an attorney duly authorized to practice law in the state of New York.  I am a member at the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. and counsel for Defendants in this action.

2. I make this declaration in support of Defendants' Reply Brief In Support of Defendants' Motion To Dismiss The First Amended Complaint filed in the above-captioned action and for the purpose of transmitting to the Court true and correct copies of the following documents:

3. Attached hereto as **Exhibit A** is a true and correct copy of a letter from the Food and Drug Administration to Spero Therapeutics, Inc., dated March 25, 2022.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

June 21, 2023 in Boston, Massachusetts.

 

 

John F. Sylvia, Esq.
**MINTZ, LEVIN, COHN, FERRIS**
    **GLOVSKY, AND POPEO, P.C.**
919 Third Avenue
New York, NY 10022
Tel:   (617) 542-6000
Fax:  (617) 542-2241
Email: JFSylvia@mintz.com