# EXHIBIT A



NDA 215960

**DEFICIENCIES PRECLUDE DISCUSSION**

Spero Therapeutics, Inc.
Attention: Jennifer Liscouski-Cunningham
Vice President, Regulatory Affairs
675 Massachusetts Avenue, 14th Floor
Cambridge, MA 02139


Dear Ms. Liscouski-Cunningham:

Please refer to your new drug application (NDA) dated and received October 27, 2021, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA), for Tebipenem pivoxil oral tablets.

We also refer to our December 22, 2021, letter in which we notified you of our target date of March 27, 2022, for communicating labeling changes and/or postmarketing requirements/commitments in accordance with the *PDUFA Reauthorization Performance Goals And Procedures – Fiscal Years 2018 Through 2022*.

As part of our ongoing review of your application, we have identified deficiencies that preclude discussion of labeling and postmarketing requirements/commitments at this time.

This notification does not reflect a final decision on the information under review.

If you have any questions, call Deborah Kim, PharmD, RAC, Regulatory Project Manager, at (301) 796-9053.

Sincerely,

*{See appended electronic signature page}*

Heidi Smith, MD, PhD
Cross-Discipline Team Leader
Division of Anti-Infectives
Office of Infectious Diseases
Center for Drug Evaluation and Research

-------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

-------------------------------------------------------------------------------

/s/

------------------------------------------------------------


HEIDI L SMITH
03/25/2022 10:35:39 AM

Reference ID: 4956380