UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X


IN RE SPERO THERAPEUTICS, INC.,                    JUDGMENT
SECURITIES LITIGATION                              22-CV-3125 (LDH) (MMH)



-----------------------------------------------------------------X

A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District

Judge, having been filed on October 28, 2024, granting Defendants' motion to dismiss for failure

to state a claim; and dismissing Plaintiffs' complaint in its entirety; it is

ORDERED and ADJUDGED that Defendants' motion to dismiss for failure to state a

claim is granted; and that Plaintiffs' complaint is dismissed in its entirety.

Dated: Brooklyn, New York                          Brenna B. Mahoney
       October 29, 2024                             Clerk of Court


                                        By:    /s/Jalitza Poveda
                                               Deputy Clerk